[No. 45300-2-II.   Division Two.   June 24, 2014.]

*In the Matter of the Truancy Petition of* T.A.F.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-7-00004-0, Michael H. Evans, J., entered August 19, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Hunt and Maxa, JJ.

[No. 31609-2-III.   Division Three.   June 24, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. BENJAMIN R. CAMDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Columbia County, No. 13-1-00001-1, William D. Acey, J., entered April 16, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32222-0-III.   Division Three.   June 24, 2014.]

WEST ONE AUTOMOTIVE GROUP, INC. *Respondent,* v. SAMUEL C. ALVAREZ ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 08-2-03882-2, Robert Lawrence-Berrey, J., entered December 28, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 31617-3-III.   Division Three.   June 26, 2014.]

GINGER M. SMITH, *Appellant,* v. MICHAEL LUNDY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-03985-1, Gregory D. Sypolt, J., entered March 27, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.